NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID A. TROPP,**
*Plaintiff-Appellant,*

v.

**CONAIR CORPORATION,**
*Defendant-Appellee,*

AND

**BRIGGS & RILEY TRAVELWARE LLC,**
*Defendant-Appellee,*

AND

**VF OUTDOOR, INC., BROOKSTONE COMPANY, INC., AND BROOKSTONE STORES, INC.,**
*Defendants-Appellees,*

AND

**DELSEY LUGGAGE INC.,**
*Defendant-Appellee,*

AND

**EAGLE CREEK, INC., FORTUNE BRANDS, INC., HP MARKETING CORP. LTD., L.C. INDUSTRIES, LLC, OUTPAC DESIGNS INC., SAMSONITE CORPORATION, TITAN LUGGAGE USA, TRAVELPRO INTERNATIONAL INC., VICTORINOX SWISS ARMY, INC., TRG**

**ACCESSORIES, LLC, AND MASTER LOCK COMPANY LLC,**
*Defendants-Appellees,*

AND

**EBAGS, INC.,**
*Defendant-Appellee,*

AND

**MAGELLAN'S INTERNATIONAL TRAVEL CORPORATION,**
*Defendant-Appellee,*

AND

**TUMI, INC.,**
*Defendant-Appellee,*

AND

**WORDLOCK, INC.,**
*Defendant-Appellee.*

---

2011-1583

---

Appeal from the United States District Court for the Eastern District of New York in case no. 08-CV-4446, Judge Eric N. Vitaliano.

---

**ON MOTION**

---

Before LINN, *Circuit Judge.*

**O R D E R**

David A. Tropp moves to stay briefing in this appeal pending decisions by this court in *Akamai Technologies, Inc. v. Limelight Networks, Inc.*, No. 2009-1372 and *McKesson Technologies Inc. v. Epic Systems Corp.*, No. 2010-1291, both currently pending *en banc*. Appellees oppose.

We note that oral arguments in *Akamai* and *McKesson* were held on November 18, 2011.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The revised official caption is reflected above.

FOR THE COURT

JAN 0 4 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Ronald D. Coleman, Esq
     Jeffrey A. Schwab, Esq.
     Brian Andrew Carpenter, Esq.
     William L. Prickett, Esq.
     Christopher Francis Lonegro, Esq.
     Zachary Berk, Esq.
     Janet L. Cullum, Esq.
     Robert J. Kenney, Esq.
     Gary M. Butter, Esq.
     Thomas F. Fitzpatrick, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 4 2012

JAN HORBALY
CLERK

s23